IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BENJAMIN LITMAN, | |
| *Plaintiff*, | No. 2:25-cv-00112 |
| v. | |
| THE SCHOOL DISTRICT OF PHILADELPHIA, PHILADELPHIA FEDERATION OF TEACHERS, TONY B. WATLINGTON, SR., KARYN LYNCH, LETICIA EGEA-HINTON, ARLENE KEMPIN, BURNETT COKE, LIZETTE EGEA-HINTON, ERICKA WASHINGTON, DEBORAH MOORE, JUSTIN THOMAS, MICHELLE CHAPMAN; COLLEEN LANDY-THOMAS, JAY MUCHEMI, KRISTEN JUNOD, JEREMY GRANT-SKINNER, DR. KAREN KOLSKY, SHEILA WALLIN, COLLEEN McINTYRE OSBORNE, DAVID W. BROWN and RUDOLPH GARCIA | NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. § 1441(a) (FEDERAL QUESTION) |
| *Defendants*. | |

## JOINT NOTICE OF REMOVAL OF CIVIL ACTION BY ALL SERVED DEFENDANTS

**TO THE CLERK OF COURT:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. § 1441, all Defendants who have been served in the above-captioned matter – The School District of Philadelphia, Dr. Tony B. Watlington, Sr., Karyn Lynch, Leticia Egea-Hinton, Burnett Coke, Lizette Egea-Hinton, Ericka Washington, Deborah Moore, Justin Thomas, Colleen McIntyre Osborne, Michelle Chapman; Colleen Landy-Thomas, Jay Muchemi, Kristen Junod, Jeremy Grant-Skinner (together the "School District Defendants"); and the Philadelphia Federation of Teachers, Arlene Kempin, Dr. Karen Kolsky, and Sheila Wallin – by and through their undersigned counsel, hereby remove to this Court the state court action described below:

1

1.On or about November 27, 2023, an action was commenced by Plaintiff, Benjamin Litman in the Philadelphia County Court of Common Pleas by the filing of a writ of summons.  The case is titled *Benjamin Litman v. The School District of Philadelphia, et al.*, No. 231102809 (Phila. C.P.).

2.Plaintiff filed a Complaint on December 7, 2023.  A copy of the Complaint is attached hereto as Exhibit 1.

3.All Defendants filed a Notice of Removal on January 19, 2024.  The action was docketed as *Litman v. School Dist. of Phila., et al.*, No. 2:24-cv-00278-TJS and assigned to Judge Timothy J. Savage.  A copy of the docket for the case is attached as Exhibit 2.

4.After Plaintiff filed an Amended Complaint, all Defendants filed motions to dismiss.  On July 10, 2024, Judge Savage issued a decision and orders dismissing all claims against Defendants Philadelphia Federation of Teachers, Arlene Kempin, Dr. Karen Kolsky, and Sheila Wallin (the "Dismissed Defendants").  Judge Savage also entered an order dismissing all but one claim against the School District Defendants, and remanding the case to the Philadelphia County Court of Common Pleas.

5.On remand, there was a dispute between counsel for the various parties concerning the effect of the orders issued by the federal court.  Plaintiff's counsel contended that all of the original defendants remained defendants in the remanded action.  Counsel for the Dismissed Defendants filed a Motion for Protective Order asking the court to recognize the federal court dismissal.  Meanwhile, the School District Defendants filed a motion to have the federal court docket entries added to the state court docket.

6. Following a hearing on the Defendants' motions on December 3, 2024, Judge Gwendolyn Bright issued an order on December 12, 2024, granting leave for the Plaintiff to file an Amended Complaint within 20 days. A copy of the order is attached as Exhibit 3.

7. On January 2, 2025, Plaintiff filed an Amended Complaint (the "Second Amended Complaint") including all of the claims appearing in the earlier Amended Complaint – including dismissed claims. The Second Amended Complaint also names all of the original Defendants – including the Dismissed Defendants – along with two additional Defendants. A copy of the Second Amended Complaint is attached as Exhibit 4.

8. This action is a civil action over which this federal Court has original jurisdiction under 28 U.S.C. § 1331, as the matter involves alleged violation of the Plaintiff's rights under the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101 *et seq.* (the "ADA"). *See* Exh. 4, ¶¶ 220-237, 249.

9. This Court might also have original jurisdiction under 28 U.S.C. § 1331 concerning the Plaintiff's cause of action for "denial of rights to a full and fair hearing, as the Plaintiff alleges a violation of "civil rights."[1] *See* Exh. 4, ¶ 248.

10. Any civil action brought in a state court for which the district courts of the United States have original jurisdiction may be removed to the appropriate district court where such action is pending, which in this case is the United States District Court for the Eastern District of Pennsylvania. 28 U.S.C. § 1441(a).

11. All Defendants who have been served hereby consent to removal of this action, pursuant to 28 U.S.C. § 1446(b)(2)(A).[2]

---

[1] This cause of action – Count 4 of the Second Amended Complaint – is imprecisely plead and does not clearly state what law or public policy has allegedly been violated.

[2] As of the date of filing, the two defendants added in the Second Amended Complaint – David W. Brown and Rudolph Garcia – had not been served.

12. This Notice of Removal is being filed less than 30 days after receipt by all Defendants of an amended pleading from which it it can be ascertained for the first time since remand that the case has become removable, pursuant to 28 U.S.C. §§ 1446(b)(3).

WHEREFORE, all served Defendants respectfully request that this action now pending in the Court of Common Pleas of Philadelphia County be removed to and proceed in the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

| | |
|---|---|
| _____/s/ David W. Brown_____<br>**Paul J. Cianci, Esq.**<br>**David W. Brown, Esq.**<br>LEVIN LEGAL GROUP, P.C.<br>1800 Byberry Road, Suite 1301<br>Huntingdon Valley, PA 19006<br>pcianci@levinlegalgroup.com<br>dbrown@levinlegalgroup.com<br><br>*Attorney for Defendants The School District of Philadelphia, Dr. Tony Watlington Sr., Karyn Lynch, Leticia Egea-Hinton, Burnett Coke, Lizette Egea-Hinton, Ericka Washington, Deborah Moore, Justin Thomas, Colleen Landy-Thomas, Colleen McIntyre Osborne, Michelle Chapman, Kristen Junod, Jeremy Grant-Skinner, and Jay Muchemi* | _____/s/ Jennifer L. Prior_____<br>**Gregory S. Hyman, Esq.**<br>**Jennifer L. Prior, Esq.**<br>KAUFMAN DOLOWICH, LLP<br>One Liberty Place<br>1650 Market Street, Suite 4800<br>Philadelphia, PA 19103<br>ghyman@kaufmandolowich.com<br>jprior@kaufmandolowich.com<br><br>*Attorneys for Defendants<br>Dr. Karen Kolsky and Sheila Wallin*<br><br>_____/s/ John R. Bielski_____<br>**John R. Bielski, Esq.**<br>**Samuel H. Datlof, Esq.**<br>WILLIG WILLIAMS & DAVIDSON<br>1845 Walnut Street, 24th Floor<br>Philadelphia, PA 19103<br>jbielski@wwdlaw.com<br>sdatlof@wwdlaw.com<br><br>*Attorneys for Philadelphia Federation of Teachers, AFT, Local 3, AFL-CIO and Arlene Kempin* |

Date: January 8, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Notice of Removal of Civil Action was served on this date by filing of a notice via first-class U.S. mail upon counsel for the Plaintiff and the Defendants not yet served at the following addresses:

**Donald Litman, Esq.**
MARC E. BATT & ASSOCIATES
1500 JFK Blvd., Ste. 1450
Philadelphia, PA 19102
donlitman@battlaw.us

*Attorney for Plaintiff*


**David W. Brown, Esq.**
LEVIN LEGAL GROUP, P.C.
1301 Masons Mill Business Park
1800 Byberry Road
Huntingdon Valley, PA 19006
dbrown@levinlegalgroup.com

*Defendant*


**Rudolph Garcia, Esq.**
235 Lloyd Lane
Wynnewood, PA 19096
Rudy@RudolphGarcia.com

*Defendant*


This Notice shall be filed promptly with the Prothonotary for the Court of Common Pleas of Philadelphia County, pursuant to 28 U.S.C. § 1446, as soon as a federal case number is issued.

Date: January 8, 2025                    */s/ David W. Brown*
                                          David W. Brown, Esq.