IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BENJAMIN LITMAN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **THE SCHOOL DISTRICT OF PHILADELPHIA, DR. TONY B. WATLINGTON, SR., KARYN LYNCH, LETICIA EGEA-HINTON, BURNETT COKE, LIZETTE EGA-HINTON, ERICKA WASHINGTON, DEBORAH MOORE, JUSTIN THOMAS, COLLEEN LANDY-THOMAS, COLLEEN MCINTYRE OSBORNE, MICHELLE CHAPMAN, KRISTEN JUNOD, JEREMY GRANT-SKINNER, JAY MUCHEMI, PHILADELPHIA FEDERATION OF TEACHERS, ARLENE KEMPIN, SHEILA WALLIN, DR. KAREN KOLSKY, DAVID W. BROWN, and RUDOLPH GARCIA** | : | **NO. 25-112** |

## ORDER

**NOW**, this 15th day of January, 2025, upon consideration of the Notice of Removal (Doc. No. 1), it is **ORDERED** that this action is **REMANDED** to the Philadelphia Court of Common Pleas pursuant to 28 U.S.C. § 1447(c).[1]

---

[1] This action was remanded to the state court from which the defendants had removed it. We dismissed all federal claims and declined to exercise supplemental jurisdiction over the lone surviving state law claim. *See Litman v. School Dist. of Phila., et al.,* Docket No. 2:24-cv-278.

On remand and upon order of the state court, the plaintiff filed his Second Amended Complaint. He raises the same claims that we dismissed. Defendants again removed the action, claiming the parties could not agree on "the effects of the orders issued by the federal court."

The orders speak for themselves and the Memorandum Opinion is clear. The federal claims have been dismissed. Any dispute the parties may have regarding our orders may be raised in a pleading in response to the Second Amended Complaint in the state court. Indeed, the state court invited the defendants to file a responsive pleading. This case should not have been removed. There is no federal claim that survived dismissal.

   /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.
